NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1166

GLENN DARREN LEGER

VERSUS

OPELOUSAS GENERAL HOSPITAL, ET AL

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-C-2225-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE
**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses G. Thibodeaux, Chief Judge, John D. Saunders, and Arthur J. Planchard, Jr.,[*] Judges.

**AFFIRMED.**

Jack Patrick Harris
Desalvo & Harris
7918 Wenwood Blvd, Suite A
Baton Rouge, LA 70809
(225) 927-7035
COUNSEL FOR: PLAINTIFFS/APPELLANTS
     Mr. and Mrs. Glenn Leger

Nicholas Gachassin, Jr.
Gachassin Law Firm
P.O. Box 2850
Lafayette, LA 70502
(337) 235-4576
COUNSEL FOR: DEFENDANT/APPELLEE
     Opelousas General Hospital

---

[*] Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.

**James R. Shelton**
**Durio, McGoffin & Stagg**
**P.O. Box 51308**
**Lafayette, LA 70505-1308**
**(337) 233-0300**
**COUNSEL FOR: DEFENDANT/APPELLEE**
**Dr. Henry McLemore**